# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGROOP KAUR,<br><br>                Petitioner,<br><br>   v.<br><br>Daniel A. Brightman, Field Office Director of Enforcement and Removal Operations, ERO San Diego Field Office, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review, Jeremy Casey, Warden, Imperial Regional Adult Detention Facility,<br><br>                Respondents. | Case No.:  26cv0370 DMS DDL<br><br>**ORDER REQUIRING RESPONSE** |

On January 21, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **January 27, 2026**.  Petitioner shall file his reply on or before **February 2, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral

1

26cv0370 DMS DDL

argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  January 22, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0370 DMS DDL