# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Jagroop Kaur

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0370-DMS-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0370-DMS-DDL

Respondents:

Daniel A. Brightman,
Field Office Director of Enforcement and Removal Operations, ERO San Diego Field Office, Immigration and Customs Enforcement;

Kristi Noem,
Secretary, U.S. Department of Homeland Security;

Todd M. Lyons,
Acting Director of the United States Immigration and Customs Enforcement;

Pamela Bondi,
U.S. Attorney General, Executive Office for Immigration Review;

Jeremy Casey,
Warden, Imperial Regional Adult Detention Facility;